IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MAC, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Frend Therm, Inc., Therm Dynamics, Inc., | ) | |
| Li Zhao, and Fischer Stanford | ) | |
| | ) | Case No. 1:13-cv-046 |
| Defendants. | ) | |

Before the court are the Defendant Therm Dynamics, Inc.'s Motions for attorneys Tim R. Shattuck and Sander J. Morehead to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Tim R. Shattuck and Sander J. Morehead  have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, the Defendant's motions (Docket Nos.19-20) are **GRANTED**.  Attorneys Tim R. Shattuck and Sander J. Morehead are admitted to practice before this court in the above-entitled action on behalf of the Defendant Therm Dynamics, Inc.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge