**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| MAC, Inc., | ) |
| | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:13-cv-046 |
| | ) |
| Frend Therm, Inc., and Therm Dynamics, Inc., Li Zhao, and Fischer Stanford, | ) ) |
| | ) |
| Defendants. | ) |

On July 19, 2013, plaintiff filed notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a). Defendant's Motion to Dismiss (Docket No. 15) is deemed **MOOT** and the above-entitled action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2013.

                                                          */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr., Magistrate Judge
                                                         United States District Court